# IN THE SUPREME COURT OF ALABAMA



June 14, 2024

**SC-2024-0032**

Ex parte Mile High, LLC; Pate Holdings, Inc.; and Luther S. Pate IV
PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CIVIL
APPEALS (In re: Mile High, LLC; Pate Holdings, Inc.; and Luther S. Pate
IV v. Flying M. Aviation, Inc.) (Jefferson Circuit Court: CV-21-903098;
Civil Appeals: CL-2023-0260).

## CERTIFICATE OF JUDGMENT

WHEREAS, the petition for writ of certiorari in the above
referenced cause has been duly submitted and considered by the
Supreme Court of Alabama and the judgment indicated below was
entered in this cause on June 14, 2024:

**Writ Quashed. No Opinion.** Sellers, J. -- Shaw, Wise, Bryan,
Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS
HEREBY ORDERED that this Court's judgment in this cause is certified
on this date. IT IS FURTHER ORDERED that, unless otherwise ordered
by this Court or agreed upon by the parties, the costs of this cause are
hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness
my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**